# UNITED STATES BANKRUPTCY COURT
## Southern District of New York

In re: DS Fordham Landing 2 LLC                          Bankruptcy Case No.: 26–22262–shl

MDBZJGGS, LLC
DS Fordham Landing 2 LLC
DS Fordham Landing 4 LLC
Gary Segal

Plaintiff(s),

–against–                                                Adversary Proceeding No. 26–07059–shl

SIG CRE 2023 Venture LLC

Defendant(s)

## NOTICE OF PRE–TRIAL CONFERENCE FOR A REMOVED MATTER

On April 24, 2026, state court litigation that had been removed to the federal District Court was opened as an adversary proceeding on the Bankruptcy Court's CM/ECF System. The name and number of this adversary proceeding appear in the caption above, along with the name and number of the bankruptcy case to which the adversary proceeding relates.

Please note that the pre–trial conference for this adversary proceeding will be held on 6/5/26 at 10:00 AM in Courtroom Contact chambers for Zoom Meeting ID, and Password, SHL Zoom Videoconference.

Dated: April 24, 2026                      /s/ Vito Genna
                                           _____

                                           *Clerk of the Court*