UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re<br><br>DS FORDHAM LANDING 2 LLC,<br><br>          Debtor. | Case Nos. 26-bk-22262-SHL |
| MDBZJGGS, LLC, DS FORDHAM LANDING 2 LLC, DS FORDHAM LANDING 4 LLC, and GARY SEGAL,<br><br>          Third-Party Plaintiffs,<br><br>    against<br><br>SIG CRE 2023 VENTURE LLC,<br><br>          Third-Party Defendant. | Adv. No. 26-07059-SHL |

**STATUS REPORT - COMPLIANCE WITH BANKRUPTCY RULE 9027(b)(2)
BY FILING A COPY OF THE NOTICE OF REMOVAL WITH THE STATE COURT**

Pursuant to Rule 9027(b)(2) of the Federal Rules of Bankruptcy Procedure, a copy of the notice of removal filed in this case by SIG CRE 2023 Venture LLC [Dkt. No. 1] was filed with the Clerk of the Supreme Court of the State of New York, New York County in Case No. 850030/2025 on April 24, 2026 (the "State Court Notice"). A copy of the State Court Notice is annexed hereto as Exhibit 1.

Dated: April 29, 2026          HOLLAND & KNIGHT LLP
     New York, New York     By: /s/ Bruce J. Zabarauskas
                        Bruce J. Zabarauskas
              787 Seventh Avenue
              New York, New York 10019
              (212) 513-3200
              bruce.zabarauskas@hklaw.com
              *Attorneys for SIG CRE 2023 Venture LLC*